Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens similar in use to cotton gloves and mittens and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

No. 67690.—General Shipping & Trading Co. and United Gloves, Inc. v. United States, protests 298877–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to silk gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

No. 67691.—The Beton Co. and Castelazo & Associates v. United States, protest 300335–K(A) (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that involved in Abstract 64033, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 7, 1963

No. 67692.—Moscahlades Bros., Inc. v. United States, protests 60/26096 and 61/12704 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the collector was directed to reliquidate the entries accordingly.

No. 67693.—Moscahlades Bros., Inc. v. United States, protests 62/9388 and 62/15913 (Los Angeles).